### 1299.   VEASY *v.* THE STATE.

POWELL, J.   1. A demurrer to a plea of former jeopardy, filed in a prose-
cution for carrying a concealed pistol, is properly sustained when the
plea sets up the former conviction of the defendant 'for carrying the
pistol to a church, though it is alleged that both transactions were one
and the same. As a matter of law, the two transactions were not the
same. In legal contemplation, a person who carries a concealed pistol
to a church commits two offenses, and neither is inclusive of the other.
*Blair* v. *State*, 81 *Ga.* 629 (7 S. E. 855) ; *McIntosh* v. *State*, 116 *Ga.*
543 (42 S. E. 793).

2. The evidence is sufficient to support the verdict. *Judgment affirmed.*

Accusation of carrying concealed weapon, from city court of
Sparta—Judge Little. June 26, 1908.

Submitted October 6,—Decided October 12, 1908.

*William N. Maltbie,* for plaintiff in error.

*R. W. Moore, solicitor,* contra.